**SUBT**
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
Michael Ayers, Esq. (NV Bar No.10851)
michael.ayers@qpwblaw.com
Sarah B. Hartig, Esq. (NV Bar No. 10070)
sarah.hartig@qpwblaw.com
Anna Smith, Esq. (NV Bar No. 16784C)
anna.smith@qpwblaw.com
3740 Lakeside Drive, Ste. 202
Reno, Nevada 89509
Telephone: 775-322-4697
Facsimile: 775-322-4698
*Attorneys for Defendant WALMART, INC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEAH JENNINGS, individually,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a foreign corporation dba WALMART SUPERCENTER #2593; WALMART STORES, INC., a foreign corporation; DOES 1-10, and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | Case No: 2:25-cv-00031-JAD-BNW<br><br>**SUBSTITUTION OF COUNSEL** |

Defendant WALMART, INC., hereby substitute Michael R. Ayers, Esq., Sarah Hartig, Esq. and Anna Smith, Esq. of QUINTAIROS, PRIETO, WOOD & BOYER, P.A., 3740 Lakeside Drive, Suite. 202, Reno, Nevada 89509, 775-322-4697, as their attorneys of record in the place and stead of Michael J. Nunez, Esq. and Tyler N. Ure, Esq. of MURCHISON & CUMMING, LLP, 350 South Rampart Boulevard, Suite 320, Las Vegas, NV 89145.

///

///

///



SUBSTITUTION OF COUNSEL- 1

1  WALMART, INC. consents to the above substitution.

2  DATED: February __7__, 2025.                    **WALMART, INC.**

4                                                  By: _/s/ Joanna R. Hinojosa_

6                                                  Its: _Senior Counsel_

8  APPROVED and AGREED:

9  DATED: February ____, 2025.                     **MURCHISON & CUMMING, LLP**

11                                                 By: _____
12                                                 Michael J. Nunez, Esq. (NV Bar No. 10703)
                                                   Tyler N. Ure, Esq. (NV Bar No. 11730)
13                                                 350 South Rampart Boulevard, Suite 320
                                                   Las Vegas, NV 89145
14                                                 Telephone: 702-360-3956
                                                   Facsimile:  702-360-3957
15

16  DATED: February ____, 2025.                    **QUINTAIROS, PRIETO, WOOD**
                                                   **& BOYER, P.A.**
17

18                                                 By: _____
                                                   Michael Ayers, Esq. (NV Bar No.10851)
19                                                 Sarah B. Hartig, Esq. (NV Bar No. 10070)
                                                   Anna Smith, Esq. (NV Bar No. 16784C)
20                                                 3740 Lakeside Dr., Ste. 202
                                                   Reno, Nevada 89509
21

22  Respectfully submitted:

23  **QUINTAIROS, PRIETO, WOOD**
    **& BOYER, P.A.**
24

25  /s/ Sarah B. Hartig
    _____
26  Michael Ayers, Esq. (NV Bar No.10851)
    Sarah B. Hartig, Esq. (NV Bar No. 10070)
27  Anna Smith, Esq. (NV Bar No. 16784C)
    3740 Lakeside Dr., Ste. 202
28  Reno, Nevada 89509

SUBSTITUTION OF COUNSEL- 2

1  WALMART, INC. consents to the above substitution.

2  DATED: February 11, 2025.                    **WALMART, INC.**

4                                                By: _____

6                                                Its: _____

8  APPROVED and AGREED:

9  DATED: February 10, 2025.                    **MURCHISON & CUMMING, LLP**

10                                               By: _____
                                                 Michael J. Nunez, Esq. (NV Bar No. 10703)
11                                               Tyler N. Ure, Esq. (NV Bar No. 11730)
                                                 350 South Rampart Boulevard, Suite 320
12                                               Las Vegas, NV 89145
                                                 Telephone: 702-360-3956
13                                               Facsimile: 702-360-3957

15  DATED: February 11, 2025.                   **QUINTAIROS, PRIETO, WOOD
                                                 & BOYER, P.A.**

17                                               By: /s/ Michael Ayers
                                                 Michael Ayers, Esq. (NV Bar No.10851)
18                                               Sarah B. Hartig, Esq. (NV Bar No. 10070)
                                                 Anna Smith, Esq. (NV Bar No. 16784C)
19                                               3740 Lakeside Dr., Ste. 202
                                                 Reno, Nevada 89509

21  Respectfully submitted:                     **IT IS SO ORDERED**

22  **QUINTAIROS, PRIETO, WOOD
    & BOYER, P.A.**                              **DATED:** 3:08 pm, February 12, 2025

24  /s/ Sarah B. Hartig

25  Michael Ayers, Esq. (NV Bar No.10851)       **BRENDA WEKSLER**
    Sarah B. Hartig, Esq. (NV Bar No. 10070)    **UNITED STATES MAGISTRATE JUDGE**
26  3740 Lakeside Dr., Ste. 202
27  Reno, Nevada 89509

28



SUBSTITUTION OF COUNSEL- 2

# CERTIFICATE OF SERVICE

I certify that I am an employee of QUINTAIROS, PRIETO, WOOD & BOYER, P.A., and that on this date, pursuant to NRCP 5(b), I served SUBSTITUTION OF COUNSEL on the parties set forth below via email and U.S. Mail, postage prepaid:

| | |
|---|---|
| Brock K. Ohlson, Esq.<br>Justin A. Corne, Esq.<br>Caitlin J. Lorelli, Esq.<br>BROCK K. OHLSON PLLC<br>6060 Elton Avenue, Suite A<br>Las Vegas, NV 89107<br>efile@injured.vegas<br>*Attorneys for Plaintiff* | Michael J. Nuñez, Esq.<br>mnunez@murchisonlaw.com<br>Tyler N. Ure, Esq.<br>ture@murchisonlaw.com<br>MURCHISON & CUMMING, LLP<br>350 South Rampart Boulevard, Suite 320<br>Las Vegas, Nevada 89145 |

Dated: February 11, 2025.

*/s/ Tammy Kassen*
An Employee of QUINTAIROS, PRIETO, WOOD & BOYER, P.A.